USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
B.V., A.V., and S.V.,

          Plaintiffs,

v.

PLEASANTVILLE UNION FREE SCHOOL
DISTRICT,

          Defendant.
-----------------------------------------------------------x

**ORDER**

20 CV 10717 (VB)

      The Court conducted an on-the-record status conference today, at which counsel for plaintiffs and defendant appeared by telephone.

      Accordingly, it is HEREBY ORDERED:

      1.     By January 5, 2021, plaintiffs' counsel shall file with the Court a supplement, not to exceed five pages, to plaintiffs' reply memorandum of law in support of their motion for a preliminary injunction.

      2.     If defendant believes that it needs to further respond to plaintiffs' supplement, it shall write a letter to the Court requesting leave to file a sur-reply on or before January 8, 2021.

Dated: December 29, 2020
       White Plains, NY

                                  SO ORDERED:

                                  Vincent L. Briccetti
                                  United States District Judge